No. 77–184. ERNEST, NEXT FRIEND OF UNBORN CHILD ROE *v.* CARTER, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–186. PORRO *v.* WOODCOCK, PROSECUTOR OF BERGEN COUNTY, ET AL. Super. Ct. N. J. Certiorari denied.

No. 77–188. GLAZNER *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 77–191. DONAHUE ET AL. *v.* BOARD OF ELECTIONS OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–197. SCHANBARGER *v.* MARINE MIDLAND BANK-CENTRAL, EXECUTOR. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 77–198. HURST ET AL. *v.* TRIAD SHIPPING CO. C. A. 3d Cir. Certiorari denied.

No. 77–199. GUNNE *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 77–205. MARX ET AL. *v.* DINERS' CLUB, INC. C. A. 2d Cir. Certiorari denied.

No. 77–209. WATKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–224. ZIMMERMAN ET UX. *v.* EBER ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–232. LIPUMA *v.* CORRECTIONS COMMISSIONER ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–238. MICHIGAN *v.* MOSLEY. Sup. Ct. Mich. Certiorari denied.